# **EXHIBIT F**

**From:** **Ali Kafi**
**Subject:** Re: Invoice for Legal Services
**Date:** May 3, 2021 at 3:12 PM
**To:** Michael Dezsi mdezsi@Dezsilaw.com



Dear Michael  Dezsi:
It was my recommendation to my brother Alex Kafi to avoid getting COVID-19 vaccine
Fearing he develops same reaction he had with flu vaccine previously paralyzed due to
Guillain Barre syndrome. After his release he will reside in our family home at
2021 Bloofield court west Bloofield Michigan and he is financially secured.
Thanks ALI KAFI

Get Outlook for iOS